**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6321

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHAHBORN EMMANUEL, a/k/a Lord Shahborn
Emmanuel, a/k/a Michael O'Neil,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Richard L. Voorhees,
Chief District Judge. (5:95-cr-00006-2)

Submitted: May 16, 2006                    Decided: May 24, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shahborn Emmanuel, Appellant Pro Se. Gretchen C. F. Shappert,
United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shahborn Emmanuel appeals a district court order denying his motion to withdraw his guilty plea. We have reviewed the record and the district court order and affirm for the reasons cited by the district court. See United States v. Emmanuel, No. 5:95-cr-00006-2 (W.D.N.C. Feb. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED